```
David Clark  SBN:300247
1330 West Street, Suite B
Redding CA 96001
530-623-6447
dsp@snowcrest.net
Attorney For Pacific Receivables LLC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC RECEIVABLES, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>T-3 GREENHOUSE SUPPLY LLC, THOMAS E RAWLINS, MATHEW HAWK, MATTHEW HAWK<br><br><br>   Defendants | Case No.: 2:23-cv-01081-KJM-DMC<br><br><br>**Stipulation and Order** |

The parties stipulate and agree as follows:

1) Plaintiff is to file a Second Amended Complaint no later than August 15, 2023.
2)

Dated __8/11__, 2023    _____

Aaron Moore, Attorney for T-3 Greenhouse
Supply LLC., Thomas E Rawlings, Matthew Hawk

Dated __8/11__, 2023    _____

David Clark, Attorney for Pacific Receivables LLC.

GOOD CAUSE APEARING it is so Ordered.  Plaintiff is directed to file its Second Amended Complaint within seven (7) days of the filing date of this order.

Dated __August 16,__, 2023    _____

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER - 1